IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHAKELA HOLLOWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action File No. 4:21-cv-00062-CDL ) ) |
| AMERICAN MULTI-CINEMA, INC., CARMIKE CINEMAS, LLC, AND EASTWYNN THEATERS, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff Shakela Holloway and defendants American Multi-Cinema, Inc., Carmike Cinemas, LLC, and Eastwynn Theaters, LLC, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly agree and hereby file this Joint Stipulation of Dismissal with Prejudice of this action, including all claims stated herein, by, between and against all parties, with each party to bear its own attorney's fees and costs.

This 27th day of Dec., 2021

GARY O. BRUCE, P.C.

/s/ Gary O. Bruce
Georgia Bar No. 090266
J. Brandon Snellings
Georgia Bar No. 532402
*Attorneys for Plaintiff*

912 Second Avenue
Columbus, GA 31901
Phone: (706) 596-1446
Fax: (706) 598-8627
Email: brandon@garybrucelaw.net

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Marissa H. Merrill*
        _____
        David M. Atkinson
        Georgia State Bar No. 026460
        Marissa H. Merrill
        Georgia State Bar No. 216039
        *Attorneys for Defendants*

1355 Peachtree Street, NE, Suite 300
Atlanta, GA  30309
404-874-8800
404-888-6199 (fax)
david.atkinson@swiftcurrie.com
marissa.merrill@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certified that I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Gary O. Bruce
J. Brandon Snellings
Kristen C. Saunders
GARY O. BRUCE, P.C.
912 Second Avenue
Columbus, GA 31901
gary@garybrucelaw.net
brandon@garybrucelaw.net
kristen@garybrucelaw.net
*Attorneys for the Plaintiff*

This 28th day of December, 2021

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Marissa H. Merrill*
_____
David M. Atkinson
Georgia State Bar No. 026460
Marissa H. Merrill
Georgia State Bar No. 216039
*Attorneys for Defendants*

1355 Peachtree Street, NE, Suite 300
Atlanta, GA  30309
404-874-8800
404-888-6199 (fax)
david.atkinson@swiftcurrie.com
marissa.merrill@swiftcurrie.com

4859-3810-1765, v. 1